IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CATHLEEN DWYER and DANIEL DWYER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-vs-<br><br>GK DEVELOPMENT, INC. d/b/a HOLIDAY VILLAGE MALL and JOHN DOES 1-5,<br><br>　　　　　　　　　　　Defendants. | Case No. CV-22-01-GF-BMM-JTJ<br><br>**ORDER** |

Upon the parties' joint motion to dismiss,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice as fully settled on the merits, each party to pay their own attorney's fees and costs.

**DATED** this 19th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court